MAY 6 2026 PM3:02
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-25-1

3:26 cr 84 (KAD)(RMS)

UNITED STATES OF AMERICA

v.

JACINTRE HOLLEY, a.k.a. "Gunz,"
and
DEMONTE HOLLEY

VIOLATIONS:

18 U.S.C. §§ 933(a)(1), 933(a)(3), and 933(b) (Firearms Trafficking - Conspiracy)

18 U.S.C. §§ 933(a)(1) and 933(b) (Firearms Trafficking - Transfer)

18 U.S.C. §§ 922(d)(1) and 924(a)(8) (Sale or Transfer of a Firearm to a Convicted Felon)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Firearms Trafficking - Conspiracy)

1. From on or about September 25, 2025 through on or about February 27, 2026, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants, JACINTRE HOLLEY and DEMONTE HOLLEY, and others known and unknown to the Grand Jury, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Section 933(a)(1).

2. It was a part and an object of the conspiracy that the defendants, JACINTRE HOLLEY and DEMONTE HOLLEY, together with others known and unknown to the Grand Jury, would and did ship, transport, transfer, and cause to be transported, and

otherwise dispose of one or more firearms to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Section 933(a)(1).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

COUNT TWO
(Firearm Trafficking - Transfer)

3. On or about October 1, 2025, in the District of Connecticut and elsewhere, the defendants, JACINTRE HOLLEY and DEMONTE HOLLEY, did ship, transport, transfer, cause to be transported, and otherwise dispose of, and aided and abetted in the same, a firearm that is, a Glock 17Gen4 9 mm handgun, bearing serial number WGM501, to another person in the District of Connecticut, in or otherwise affecting interstate or foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the other person would constitute a felony, as defined in Title 18, United States Code, Section 932(a)(3).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b), and Title 18, United States Code, Section 2.

COUNT THREE
(Sale or Transfer of a Firearm to a Convicted Felon)

4. On or about the October 1, 2025, in the District of Connecticut and elsewhere, the defendant, JACINTRE HOLLEY, knowingly sold and transferred, and aided and abetted in the sale and transfer of a firearm, that is, a Glock 17Gen4 9 mm handgun, bearing serial number WGM501, to Convicted Felon #1, whose identity is known to the Grand Jury,

knowing and having reasonable cause to believe that Convicted Felon #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8), and Title 18, United States Code, Section 2.

COUNT FOUR
(Firearms Trafficking - Transfer)

5. On or about October 24, 2025, in the District of Connecticut and elsewhere, the defendants, JACINTRE HOLLEY and DEMONTE HOLLEY, did ship, transport, transfer, cause to be transported, and otherwise dispose of, and aided and abetted in the same, one or more firearms, that is, an Anderson Manufacturing AM-15 5.56 caliber handgun, bearing serial number 17131280, a Palmetto State Armory Dagger Compact 9 mm handgun, bearing serial number FG239386, and a Taurus International GX4 9 mm handgun, bearing serial number 1GA96478, to another person in the District of Connecticut, in or otherwise affecting interstate or foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the other person would constitute a felony, as defined in Title 18, United States Code, Section 932(a)(3).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b), and Title 18, United States Code, Section 2.

COUNT FIVE
(Sale or Transfer of Firearms to a Convicted Felon)

6. On or about the October 24, 2025, in the District of Connecticut and elsewhere, the defendant, JACINTRE HOLLEY, knowingly sold and transferred, and aided and abetted in the sale and transfer of one or more firearms, that is, an Anderson Manufacturing AM-15 5.56 caliber handgun, bearing serial number 17131280, a Palmetto State Armory Dagger Compact 9 mm handgun, bearing serial number FG239386, and a

Taurus International GX4 9 mm handgun, bearing serial number 1GA96478, to Convicted Felon #1, whose identity is known to the Grand Jury, knowing and having reasonable cause to believe that Convicted Felon #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

7. Upon conviction of one or more of the firearms trafficking offenses alleged in Counts One, Two and Four of this Indictment, the defendants, JACINTRE HOLLEY and DEMONTE HOLLEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations, including but not limited to:

a. a Glock 17Gen4 9 mm handgun, bearing serial number WGM501, and all associated ammunition;

b. an Anderson Manufacturing AM-15 5.56 caliber handgun, bearing serial number 17131280, and all associated ammunition;

c. a Palmetto State Armory Dagger Compact 9 mm handgun, bearing serial number FG239386, and all associated ammunition; and

d. a Taurus International GX4 9 mm handgun, bearing serial number 1GA96478, and all associated ammunition.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Offenses)

8. Upon conviction of one or more of the firearms offenses alleged in Counts Three and Five of this Indictment, the defendant, JACINTRE HOLLEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to:

a. a Mossberg, model Patriot, 30-06 caliber bolt action rifle bearing serial number #MPR0486896, and all associated ammunition;

b. a Glock 17Gen4 9 mm handgun, bearing serial number WGM501, and all associated ammunition;

c. an Anderson Manufacturing AM-15 5.56 caliber handgun, bearing serial number 17131280, and all associated ammunition;

d. a Palmetto State Armory Dagger Compact 9 mm handgun, bearing serial number FG239386, and all associated ammunition; and

e. a Taurus International GX4 9 mm handgun, bearing serial number 1GA96478, and all associated ammunition.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule

32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT US ATTORNEY